IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:21-CR-00046-D

| UNITED STATES OF AMERICA | : |
| --- | --- |
| | : |
| v. | : |
| | : |
| WILLIAM HENRY HORNE, IV | : |

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendant on April 7, 2021 to a violation of 18 U.S.C. §§ 922(g) and 924, and pursuant to all other evidence of record, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit:

a) Forehand Arms .32 caliber revolver with serial number 283958, and

b) Six rounds of .32 caliber ammunition;

AND WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendant, and all other evidence of record, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall become

1

final as to the defendant at sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

SO ORDERED. This 30 day of June, 2021.

JAMES C. DEVER III
United States District Judge