IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-46-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILLIAM HENRY HORNE, IV, ) | |
| ) | |
| Defendant. ) | |

The court DENIES as frivolous defendant's motion to reduce his sentence [D.E. 39]. See 18 U.S.C. § 3582(c).

SO ORDERED. This 4 day of February, 2022.

JAMES C. DEVER III
United States District Judge