IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-46-D

UNITED STATES OF AMERICA,                    )
                                             )
        v.                                   )
                                             )          **ORDER**
WILLIAM HENRY HORNE IV,                       )
                                             )
        Defendant.                           )

The United States SHALL respond to defendant's motions to reduce sentence [D.E. 92, 93, 94] not later than June 15, 2026.

SO ORDERED. This 10 day of April, 2026.

JAMES C. DEVER III
United States District Judge