IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-46-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| WILLIAM HENRY HORNE IV, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has been released from the Bureau of Prisons. Thus, the court DISMISSES as moot defendant's motions to reduce sentence [D.E. 92, 93, 94].

SO ORDERED. This 12 day of May, 2026.

JAMES C. DEVER III
United States District Judge